UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

------------------------------------------------X

Clifden Futures, LLC

        Plaintiff

-against-

MAN Financial, Inc., et al

        Defendants

------------------------------------------------X

05 Civ. 7279 (LAP)

ORDER

Loretta A. Preska, U.S.D.J.

There having been no recent activity in the above captioned case;

It is hereby "*Ordered*" that this matter is dismissed without prejudice for lack of prosecution . All pending motions shall be deemed "moot".

    ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot.

Date: March 7, 2008          Loretta A. Preska